AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NEIL A. McGINNIS,

                Plaintiff,

                v.

JOHN McGRATH, OZZIE KNEZOVICH, STEVE TUCKER, MAYRA WRIGHT, ROBERT MUELLER, D.E.A. DIRECTOR, SGT. LEE and CPL PRITCHARD,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-353-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint, ECF No. 23, is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

September 17, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia